O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DOREEN NAIRN, | ) | Case No. CV 11-10254 DDP (FMOx) |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND VACATING AS MOOT DEFENDANT'S MOTION TO STRIKE** |
| v. | ) | |
| | ) | |
| WELLS FARGO BANK, N.A., | ) | |
| | ) | [Dockets Nos. 5 & 6] |
| Defendant. | ) | |

Presently before the court are Defendant Wells Fargo's Motion to Dismiss Plaintiff's Verified Complaint ("Motion to Dismiss") and Motion to Strike Portions of Plaintiff's Complaint ("Motion to Strike"). Because Plaintiff has not filed an opposition to either Motion, the court GRANTS the Motion to Dismiss and VACATES the Motion to Strike as moot.

Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."

The hearings on Defendant's Motions were set for February 6, 2012. Plaintiff's oppositions were therefore due by January 16, 2012. As of the date of this Order, Plaintiff has not filed an opposition to either Motion, or any other filing that could be construed as a request for a continuance. Accordingly, the court deems Plaintiff's failure to oppose as consent to granting the Motion to Dismiss, and GRANTS the Motion. The court also VACATES the Motion to Strike as moot. Plaintiff's Complaint is dismissed.

IT IS SO ORDERED.

Dated: February 2, 2012

DEAN D. PREGERSON
United States District Judge